# EXHIBIT 1

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002383723 / 2023-11-29

Application Title: The Amazing Digital Circus.

Title:               The Amazing Digital Circus.

Description:         Electronic file (eService)

Copyright Claimant:
                     Glitch Productions Pty Ltd.

Date of Creation:    2022

Date of Publication:
                     2023-10-13

Nation of First Publication:
                     Australia

Authorship on Application:
                     Glitch Productions Pty Ltd, employer for hire; Domicile:
                        Australia. Authorship: 2-D artwork.

Copyright Note:      Regarding basis for registration: Registration is based on
                        the artwork in the logo. Copyright does not protect
                        names, titles, short phrases or slogans. 37 CFR 202.1.

Names:               Glitch Productions Pty Ltd

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002383491 / 2023-11-29

Application Title: Caine.

Title:               Caine.

Description:         Electronic file (eService)

Copyright Claimant:
                     Glitch Productions Pty Ltd.

Date of Creation:    2022

Date of Publication:
                     2023-10-13

Nation of First Publication:
                     Australia

Authorship on Application:
                     Glitch Productions Pty Ltd, employer for hire; Domicile:
                        Australia. Authorship: 2-D artwork.

Copyright Note:      Regarding basis for registration: Registration based on
                        deposited pictorial authorship describing, depicting, or
                        embodying character(s). Compendium 313.4(H).

Names:               Glitch Productions Pty Ltd

================================================================================
```

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002382664 / 2023-11-29

Application Title: Gangle.

Title:              Gangle.

Description:        Electronic file (eService)

Copyright Claimant:
                    Glitch Productions Pty Ltd.

Date of Creation:   2022

Date of Publication:
                    2023-10-13

Nation of First Publication:
                    Australia

Authorship on Application:
                    Glitch Productions Pty Ltd, employer for hire; Domicile:
                        Australia. Authorship: 2-D artwork.

Copyright Note:     Basis for Registration: Registration based on deposited
                        pictorial authorship describing, depicting, or embodying
                        character(s). Compendium 313.4(H).

Names:              Glitch Productions Pty Ltd

================================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002383501 / 2023-11-29

Application Title: Jax.

Title:                Jax.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:  2022

Date of Publication:
                      2023-10-13

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Regarding basis for registration: Registration based on
                         deposited pictorial authorship describing, depicting, or
                         embodying character(s). Compendium 313.4(H).

Names:                Glitch Productions Pty Ltd

================================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002383724 / 2023-11-29

Application Title: Kinger.

Title:                Kinger.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:  2022

Date of Publication:
                      2023-10-13

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Regarding basis for registration: Registration based on
                         deposited pictorial authorship describing, depicting, or
                         embodying character(s). Compendium 313.4(H).

Names:                Glitch Productions Pty Ltd

================================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002383722 / 2023-11-29

Application Title: Pomni.

Title:                Pomni.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:     2022

Date of Publication:
                      2023-10-13

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Regarding basis for registration: Registration based on
                         deposited pictorial authorship describing, depicting, or
                         embodying character(s). Compendium 313.4(H).

Names:                Glitch Productions Pty Ltd

===============================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002383507 / 2023-11-29

Application Title: Ragatha.

Title:               Ragatha.

Description:         Electronic file (eService)

Copyright Claimant:
                     Glitch Productions Pty Ltd.

Date of Creation:    2022

Date of Publication:
                     2023-10-13

Nation of First Publication:
                     Australia

Authorship on Application:
                     Glitch Productions Pty Ltd, employer for hire; Domicile:
                        Australia. Authorship: 2-D artwork.

Copyright Note:      Regarding basis for registration: Registration based on
                        deposited pictorial authorship describing, depicting, or
                        embodying character(s). Compendium 313.4(H).

Names:               Glitch Productions Pty Ltd

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002383489 / 2023-11-29

Application Title: Zooble.

Title:               Zooble.

Description:         Electronic file (eService)

Copyright Claimant:
                     Glitch Productions Pty Ltd.

Date of Creation:    2022

Date of Publication:
                     2023-10-13

Nation of First Publication:
                     Australia

Authorship on Application:
                     Glitch Productions Pty Ltd, employer for hire; Domicile:
                        Australia. Authorship: 2-D artwork.

Copyright Note:      Regarding basis for registration: Registration based on
                        deposited pictorial authorship describing, depicting, or
                        embodying character(s). Compendium 313.4(H).

Names:               Glitch Productions Pty Ltd

===============================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002392355 / 2024-02-15

Application Title: Murder Drones logo.

Title:                Murder Drones logo.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:     2021

Date of Publication:
                      2021-10-30

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Basis for Registration: Registration based on the artwork
                         in the logo. Copyright does not protect names, titles,
                         short phrases or slogans. 37 CFR 202.1.

Names:                Glitch Productions Pty Ltd

===============================================================================
```

```
  Type of Work:         Visual Material

  Registration Number / Date:
                        VA0002392949 / 2024-02-15

  Application Title: Cyn.

  Title:                Cyn.

  Description:          Electronic file (eService)

  Copyright Claimant:
                        Glitch Productions Pty Ltd.

  Date of Creation:     2021

  Date of Publication:
                        2021-10-30

  Nation of First Publication:
                        Australia

  Authorship on Application:
                        Glitch Productions Pty Ltd, employer for hire; Domicile:
                           Australia. Authorship: 2-D artwork.

  Copyright Note:       Regarding basis for registration: Registration based on
                           deposited pictorial authorship describing, depicting, or
                           embodying character(s). Compendium 313.4(H).

  Names:                Glitch Productions Pty Ltd

==============================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002392950 / 2024-02-15

Application Title: J.

Title:                J.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:     2021

Date of Publication:
                      2021-10-30

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Regarding basis for registration: Registration based on
                         deposited pictorial authorship describing, depicting, or
                         embodying character(s). Compendium 313.4(H).

Names:                Glitch Productions Pty Ltd

===============================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002392951 / 2024-02-15

Application Title: N.

Title:                N.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:     2021

Date of Publication:
                      2021-10-30

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Regarding basis for registration: Registration based on
                         deposited pictorial authorship describing, depicting, or
                         embodying character(s). Compendium 313.4(H).

Names:                Glitch Productions Pty Ltd

===============================================================================
```

```
Type of Work:           Visual Material

Registration Number / Date:
                        VA0002392952 / 2024-02-15

Application Title: Uzi.

Title:                  Uzi.

Description:            Electronic file (eService)

Copyright Claimant:
                        Glitch Productions Pty Ltd.

Date of Creation:       2021

Date of Publication:
                        2021-10-30

Nation of First Publication:
                        Australia

Authorship on Application:
                        Glitch Productions Pty Ltd, employer for hire; Domicile:
                           Australia. Authorship: 2-D artwork.

Copyright Note:         Regarding basis for registration: Registration based on
                           deposited pictorial authorship describing, depicting, or
                           embodying character(s). Compendium 313.4(H).

Names:                  Glitch Productions Pty Ltd

===============================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002392953 / 2024-02-15

Application Title: V.

Title:                V.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:     2021

Date of Publication:
                      2021-10-30

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Regarding basis for registration: Registration based on
                         deposited pictorial authorship describing, depicting, or
                         embodying character(s). Compendium 313.4(H).

Names:                Glitch Productions Pty Ltd

================================================================================
```